# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00272-CR

**Michael Wade Parrett, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 02-131-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In the above cause, appellant Michael Wade Parrett has filed a pro se notice of appeal from the district court's 2006 judgment adjudicating him guilty of the felony offense of controlled-substance fraud. He has also filed with this Court a motion for appointment of counsel and motion for preparation of the appellate record. However, this Court has already affirmed the 2006 judgment in an earlier appeal filed by Parrett, who at the time was represented by appointed counsel, and mandate has long since issued.[1] We do not have jurisdiction to consider subsequent appeals from

---

[1] *See Parrett v. State*, No. 03-06-00467-CR, 2007 Tex. App. LEXIS 4497 (Tex. App.—Austin June 7, 2007, no pet.) (mem. op. on reh'g, not designated for publication) (appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967)).

that same judgment of conviction.[2] Accordingly, we dismiss the appeal for want of jurisdiction and dismiss Parrett's motions as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   May 30, 2014

Do Not Publish

_____

[2] *See Hines v. State*, 70 S.W. 955 (Tex. Crim. App. 1903) ([O]nly one appeal can be made from a verdict and judgment of conviction in any case."); *McDonald v. State*, 401 S.W.3d 360, 361-63 (Tex. App.—Amarillo 2013, pet. ref'd) (dismissing for want of jurisdiction subsequent appeal of conviction that had previously been affirmed); *see also Coleman v. State*, No. 03-11-00648-CR, 2011 Tex. App. LEXIS 9653, at *1-2 (Tex. App.—Austin Dec. 8, 2011, no pet.) (mem. op., not designated for publication) (same).